# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1946
_____

United States Steel Corporation

Petitioner

v.

U.S. Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

_____

Petition for Review of an Order of the Environmental Protection Administration
(EPA-HQ-OAR-2017-0664)

_____

**JUDGMENT**

Before LOKEN, SMITH and STRAS, Circuit Judges.

Respondents' motion to transfer the Petition for Review to the United States Court of Appeals for the D.C. Circuit is granted. Pursuant to the provisions of 28 U.S.C. Section 1631, the case is hereby transferred to the United States Court of Appeals for the D.C. Circuit. The clerk shall take all steps necessary to transfer the case.

June 18, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik